FILED
CLERK, U.S. DISTRICT COURT

APR _ 8 2013

CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN MELCHOR,<br><br>           Petitioner,<br><br>      v.<br><br>M. BITER, Warden,<br><br>          Respondent. | No. CV 13-2230-CJC (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice as successive.

DATED:  April 8, 2013

CORMAC J. CARNEY
United States District Judge